# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **CYBOENERGY, INC.,**<br><br>                    Plaintiff,<br><br>v.<br><br>**APTOS SOLAR TECHNOLOGY LLC,**<br><br>                    Defendant. | Case No. 6:22-cv-00281-ADA<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S STIPULATION OF DISMISSAL

Pursuant to Federal Rule 41 (a)(1)(A)(i), the Plaintiff, CyboEnergy, Inc. hereby files this notice of dismissal of this action for all of Plaintiff's claims. The Plaintiff agrees that the dismissal of Plaintiff's claims shall be WITH PREJUDICE as to the asserted patent and each party shall bear its own costs, expenses and attorneys' fees.

Dated:  July 11, 2022

                                                    Respectfully submitted,

                                                  /s/ William P. Ramey

William P. Ramey, III
Texas Bar No. 24027643
**Ramey LLP**
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923
wramey@rameyfirm.com

***Attorneys for CyboEnergy, Inc.***